IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

```
DEON MCKIE,                          *
                                     *
     Plaintiff,                      *
                                     *
     v.                              *    CV 119-097
                                     *
EQUIFAX INFORMATION SERVICES,        *
LLC, a Georgia Limited               *
Liability Company; TRANS             *
UNION, LLC, a Delaware Limited       *
Liability Company; BRIDGECREST       *
CREDIT COMPANY, LLC, a Foreign       *
Limited Liability Company            *
d/b/a GO FINANCIAL; SUMMIT           *
FINANCIAL CORP, a Foreign            *
Corporation,                         *
                                     *
     Defendants.                     *
```

## O R D E R

Before the Court is the Parties' stipulation of dismissal of all claims against Defendant Trans Union, LLC. (Doc. 34.) All parties who have appeared signed the stipulation; thus, the Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS THEREFORE ORDERED** that Defendant Trans Union, LLC is **DISMISSED WITH PREJUDICE**. The Clerk is directed to **TERMINATE** all motions and deadlines, if any, related to Defendant Trans Union, LLC. All other claims shall continue unaffected by this dismissal.

**ORDER ENTERED** at Augusta, Georgia, this 6th day of January, 2020.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA