IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

```
DEON MCKIE,                          *
                                     *
     Plaintiff,                      *
                                     *
     v.                              *      CV 119-097
                                     *
EQUIFAX INFORMATION SERVICES,        *
LLC, a Georgia Limited               *
Liability Company; BRIDGECREST       *
CREDIT COMPANY, LLC, a Foreign       *
Limited Liability Company            *
d/b/a GO FINANCIAL; SUMMIT           *
FINANCIAL CORP, a Foreign            *
Corporation,                         *
                                     *
     Defendants.                     *
```

**O R D E R**

Before the Court is a stipulation of dismissal as to defendant Equifax Information Services, LLC only. (Doc. 36.) Because the stipulation is not signed by all parties who have appeared, the Court construes the notice as a motion under Federal Rule of Civil Procedure 41(a)(2). After due consideration, the Court finds the dismissal terms proper under Rule 41(a)(2) and **GRANTS** the motion (Doc. 36).

**IT IS THEREFORE ORDERED** that Defendant Equifax Information Services, LLC is **DISMISSED WITH PREJUDICE**. The Clerk is directed to **TERMINATE** all motions and deadlines, if any, related to Defendant Equifax Information Services, LLC. All other claims shall continue unaffected by this dismissal.

**ORDER ENTERED** at Augusta, Georgia, this 10th day of February, 2020.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA