IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

```
DEON MCKIE,                          *
                                     *
     Plaintiff,                      *
                                     *
     v.                              *    CV 119-097
                                     *
BRIDGECREST CREDIT COMPANY,          *
LLC, a Foreign Limited               *
Liability Company d/b/a GO           *
FINANCIAL, and SUMMIT                *
FINANCIAL CORP, a Foreign            *
Corporation,                         *
                                     *
     Defendants.                     *
```

## O R D E R

Before the Court is Plaintiff's Motion to Dismiss Entry of Default. (Doc. 41.) On May 13, 2020, the Court noted discrepancies potentially precluding it from entering a default judgment against Defendant Summit Financial Corp ("Summit"). (Doc. 38.) As a response to the May 13, 2020 Order, Plaintiff moves the Court to dismiss the Clerk's entry of default against Defendant Summit because it was filed in error. The Court construes the motion as Plaintiff seeking to withdraw his motion for Clerk's entry of default against Defendant Summit (Doc. 24) and requesting that the Court vacate the Clerk's entry of default against Defendant Summit (Doc. 25).

Upon due consideration, Plaintiff's motion is **GRANTED**. (Doc. 41.) **IT IS HEREBY ORDERED** that Plaintiff's motion for Clerk's entry of default against Defendant Summit (Doc. 24) is **WITHDRAWN** and the corresponding Clerk's entry of default (Doc. 25) is **VACATED**. As a consequence of the foregoing, Plaintiff's motion for default judgment against Defendant Summit is **DENIED AS MOOT**. (Doc. 32.)

**ORDER ENTERED** at Augusta, Georgia, this  16th  day of June, 2020.

```
_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
```