```
        IN THE UNITED STATES DISTRICT COURT FOR THE
              SOUTHERN DISTRICT OF GEORGIA
                     AUGUSTA DIVISION
```

DEON MCKIE,                       \*
                                  \*
    Plaintiff,            \*
                                  \*
    v.                    \*     CV 119-097
                                  \*
EQUIFAX INFORMATION SERVICES,     \*
LLC, et al.,                      \*
                                  \*
    Defendants.           \*

## O R D E R

Before the Court is the Plaintiff's notice of voluntary dismissal as to all claims against Defendant Summit Financial Corporation (Doc. 47) and Plaintiff's notice of voluntary dismissal as to all claims against Defendant Bridgecrest Credit Company, LLC., d/b/a Go Financial (Doc. 48). Because the notices are not signed by all parties who have appeared, the Court construes the notices as motions under Federal Rule of Civil Procedure 41(a)(2). After due consideration, the Court finds the dismissals' terms proper under Rule 41(a)(2) and **GRANTS** both motions (Docs. 47, 48).

**IT IS THEREFORE ORDERED** that Defendant Summit Financial Corporation and Defendant Bridgecrest Credit Company, LLC, d/b/a Go Financial are **DISMISSED WITHOUT PREJUDICE.** The Clerk is directed to **TERMINATE** Defendant Summit Financial Corporation and Defendant Bridgecrest Credit Company, LLC, d/b/a Go Financial.

There being no remaining Defendants, the Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this action. Each party shall bear its own costs and fees.

**ORDER ENTERED** at Augusta, Georgia, this 19th day of April, 2021.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA